No. 710. CHICAGO & NORTH WESTERN RAILWAY CO. *v.* CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. ET AL. Appeal from the United States District Court for the Eastern District of Wisconsin. The motion to strike the memorandum of the Solicitor General is denied.

Probable jurisdiction noted. *Jordan Jay Hillman* and *John C. Danielson* for appellant. *Philip H. Porter* and *R. K. Merrill* for appellees. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Robert W. Ginnane* and *Arthur Cerra* filed a memorandum for the United States and the Interstate Commerce Commission in support of appellant.